## Commonwealth *v.* Diggs, Appellant.

Submitted March 17, 1975. *William H. Mitman, Jr.*, for appellant; *Timothy H. Knauer* and *Vincent M. Dadamo*, Assistant District Attorneys, and *William H. Lamb*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Graham, Appellant.

Submitted March 17, 1975. *J. Elvin Kraybill*, Assistant Public Defender, and *Theodore S. Danforth*, Public Defender, for appellant; *Henry S. Kenderdine, Jr.*, Assistant District Attorney, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.